# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TROPICANA ENTERTAINMENT, LLC, et al.,[1] | ) Case No. 08-10856 (KJC) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

### DECLARATION OF PATRICK J. MORROW WITH RESPECT TO THE TABULATION OF VOTES ON THE FIRST AMENDED JOINT PLAN OF REORGANIZATION OF TROPICANA LAS VEGAS HOLDINGS, LLC AND CERTAIN OF ITS DEBTOR AFFILIATES UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

Patrick J. Morrow, being duly sworn, deposes and says, under the penalty of perjury:

1. I am a Senior Consultant employed by Kurtzman Carson Consultants LLC ("KCC"), whose business address is 2335 Alaska Ave, El Segundo, California 90245. I am over the age of 18 and not a party to these proceedings.

2. On March 6, 2009, the Court entered an *Order (I) Approving (A) the LandCo Debtors'*[2] *Disclosure Statement, (B) the Solicitation and Notice Procedures, (C) the Voting and*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Adamar Garage Corporation (1225); Adamar of Nevada Corporation (4178); Argosy of Louisiana, Inc. (5121); Atlantic-Deauville Inc. (2629); Aztar Corporation (6534); Aztar Development Corporation (0834); Aztar Indiana Gaming Company, LLC (5060); Aztar Indiana Gaming Corporation (1802); Aztar Missouri Gaming Corporation (8819); Aztar Riverboat Holding Company, LLC (5055); Catfish Queen Partnership in Commendam (4791); Centroplex Centre Convention Hotel, L.L.C. (2613); Columbia Properties Laughlin, LLC (9651); Columbia Properties Tahoe, LLC (1611); Columbia Properties Vicksburg, LLC (0199); CP Baton Rouge Casino, L.L.C. (9608); CP Laughlin Realty, LLC (9621); Hotel Ramada of Nevada Corporation (8259); Jazz Enterprises, Inc. (4771); JMBS Casino LLC (6282); Ramada New Jersey Holdings Corporation (4055); Ramada New Jersey, Inc. (5687); St. Louis Riverboat Entertainment, Inc. (3514); Tahoe Horizon, LLC (9418); Tropicana Development Company, LLC (0943); Tropicana Enterprises (7924); Tropicana Entertainment Holdings, LLC (9131); Tropicana Entertainment Intermediate Holdings, LLC (9214); Tropicana Entertainment, LLC (9263); Tropicana Express, Inc. (0806); Tropicana Finance Corp. (4040); Tropicana Las Vegas Holdings, LLC (9332); Tropicana Las Vegas Resort and Casino, LLC (9355); and Tropicana Real Estate Company, LLC (1107). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 3930 Howard Hughes Parkway, 4th Floor, Las Vegas, Nevada 89169.

[2] The LandCo Debtors are: Adamar of Nevada Corporation; Hotel Ramada of Nevada Corporation; Tropicana Development Company, LLC; Tropicana Enterprises; Tropicana Las Vegas Holdings, LLC; Tropicana Las Vegas Resort and Casino, LLC; and Tropicana Real Estate Company, LLC.

*Tabulation Procedures, (D) the Confirmation Notice and Objection Procedures, and (E) the Procedures Associated with the Rights Offering, and (II) Scheduling a Confirmation Hearing* [Docket No. 1638] (the "Solicitation Procedures Order") designating KCC as the Debtors' "Claims and Solicitation Agent."

3. KCC worked with the Debtors, counsel to the Debtors and AlixPartners, LLP (the Financial Advisor to the Debtors) ("AlixPartners") to solicit votes to accept or reject the *First Amended Joint Plan of Reorganization of Tropicana Las Vegas Holdings, LLC and Certain of its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [Docket No. 1587] (as amended from time to time, the "Plan") and to tabulate the Ballots voting to accept or reject the Plan.[3] Except as otherwise noted, I could and would testify to the following based upon my personal knowledge. I am authorized to submit this Declaration on behalf of KCC.

4. KCC has considerable experience in soliciting and tabulating votes to accept or reject proposed plans of reorganization.

A. **Service and Transmittal of Solicitation Packages and Related Information**

5. On or around March 23, 2009, the Debtors posted links on the Debtors' restructuring website maintained by KCC at www.kccllc.net/tropicana providing parties with, among other documents, copies of the Plan, the Disclosure Statement, and the Solicitation Procedures Order.

6. On March 23, 2009, KCC caused to be served Solicitation Packages in accordance with the Solicitation Procedures Order. Additionally, on March 30, 2009, KCC caused to be served supplemental Solicitation Packages in accordance with the Solicitation

---

[3] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Plan or the Solicitation Procedures, as applicable.

Procedures Order. An affidavit evidencing KCC's service of the foregoing was filed with the Court on April 3, 2009 [Docket No. 1827] (the "Affidavit of Service").

**B. The Tabulation Process**

7. The Solicitation Procedures Order established the close of business on March 10, 2009 as the Record Date for determining which Holders of Claims and Interests were entitled to receive Solicitation Packages and, where applicable, vote on the Plan. Pursuant to the Solicitation Procedures Order, Holders of Claims in Class 3 (LandCo Credit Facility Secured Claims), Class 4 (LandCo General Unsecured Claims), Class 5 (LandCo Credit Facility Deficiency Claims), and Class 6 (Insider Claims) (collectively, the "Voting Classes") were entitled to vote to accept or reject the Plan. No Holders of Claims or Interests in other Classes were entitled to vote on the Plan.

8. Pursuant to the Solicitation Procedures Order and in accordance with the Solicitation Procedures, KCC relied on a list of Holders provided by the LandCo Debtors' administrative agent to identify the Holders of LandCo Credit Facility Claims entitled to vote to accept or reject the Plan in Classes 3 and 5.

9. To identify the Holders of Claims entitled to vote to accept or reject the Plan, AlixPartners and KCC used the Schedules of Assets and Liabilities filed by the Debtors on or about July 7, 2008 and the claims information pertaining to the LandCo Debtors' Chapter 11 Cases contained in KCC's CaseView computer system. Using the information outlined above, and with specific guidance and approval from the Debtors' counsel and AlixPartners, KCC created a voting database reflecting the names and addresses of Holders and the voting amounts and classifications of Claims in the Voting Classes. Section III of the Declaration of John R. Castellano in Support of Confirmation of the First Amended Joint Plan of Reorganization of Tropicana Las Vegas Holdings, LLC and Certain of Its Debtor Affiliates Under Chapter 11 of

3

the United States Bankruptcy Code, filed contemporaneously herewith, relates to the procedures used to determine which Creditors were entitled to vote on the Plan and their respective voting amounts.

10. Using its CaseView voting database, KCC generated Ballots for Holders of Claims entitled to vote to accept or reject the Plan. The Solicitation Procedures Order established April 17, 2009 at 5:00 p.m., prevailing Pacific time, as the deadline for receiving Ballots to accept or reject the Plan (the "Voting Deadline").

11. KCC received and tabulated the Ballots as follows: (a) each returned Ballot was opened and/or inspected at KCC's office; (b) Ballots were date-stamped, sorted according to Plan Class, and scanned into CaseView; and (c) all Ballots received were then entered into CaseView and tabulated in accordance with the tabulation rules outlined in the Solicitation Procedures Order.

12. I hereby certify that the results of the voting by Holders of Claims in the Voting Classes are as set forth in **Exhibit A** attached hereto, which is a true and correct copy of the final tabulation of votes cast by timely and properly completed Ballots received by KCC.

13. **Exhibit B** to this Declaration is a detailed Ballot report of Classes 4 and 6 showing all Ballots tabulated by KCC, consolidated and sorted alphabetically.

14. **Exhibit C** to this Declaration is a detailed report of Ballots received prior to the voting deadline not included in the tabulation in **Exhibit A** because they did not satisfy the requirements for a valid Ballot set forth in the Solicitation Procedures Order for the reasons described below:

- **Abstained Ballots** – Ballots that did not indicate a vote to accept or reject the Plan were not tabulated.

15. To the best of my knowledge, information and belief, the foregoing information concerning the distribution, submission and tabulation of Ballots in connection with the Plan is true.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

*[Signature]*

Name: Patrick J. Morrow
Title: Senior Consultant of Kurtzman Carson Consultants LLC

# Exhibit A

| | Amount Accepting (% of Amount Voted) | Amount Rejecting (% of Amount Voted) | Number Accepting (% of Amount Voted) | Number Rejecting (% of Amount Voted) | Number Abstaining and Opting-Out of the Release Provision |
|---|---|---|---|---|---|
| **Class 3** (LandCo Credit Facility Secured Claims) | $364,673,332.34 (93.60%) | $24,926,470.63 (6.40%) | 44 (77.19%) | 13 (22.81%) | 0 |
| **Class 4** (LandCo General Unsecured Claims) | $1,219,155.49 (98.62%) | $17,075.81 (1.38%) | 82 (88.17%) | 11 (11.83%) | 1 |
| **Class 5** (LandCo Credit Facility Deficiency Claims) | $370,592,758.99 (95.39%) | $17,926,470.63 (4.61%) | 44 (78.57%) | 12 (21.43%) | 0 |
| **Class 6** (Insider Claims) | $0.00 (0%) | $ 28,072,579.74 (100%) | 0 (0%) | 49 (100%) | 0 |

**Exhibit B**

**[Detail of Ballots]**

| Ballot Number | Creditor Name | Voted | Voting Amount | Reject the Release Provisions? |
|---|---|---|---|---|
| 353 | IDEAL OFFICE EQUIPMENT | Accept | $9,274.04 | No |
| 141 | INLAND HOBBS MATERIAL HANDLING | Accept | $6,245.61 | No |
| 407 | International Game Technology | Accept | $76,188.48 | No |
| 53 | JAMISON BEDDING INC | Accept | $6,963.75 | No |
| 343 | JDK DESIGNS INC | Accept | $390.60 | No |
| 344 | JEAN ARABIAN | Accept | $1,702.35 | No |
| 400 | Jefferson Wells International Inc | Accept | $17,911.94 | No |
| 286 | JEL WHOLESALE INC | Accept | $11,735.83 | No |
| 401 | JOHN A MARTIN & ASSOCIATES | Accept | $8,763.50 | No |
| 288 | KEY CONSULTING SOFTWARE INC | Accept | $6,490.00 | No |
| 80 | KIESUB ELECTRONIC DIST | Accept | $341.43 | No |
| 125 | L and M Foodservice Inc | Accept | $2,210.08 | No |
| 130 | LAB SAFETY SUPPLY INC | Accept | $160.02 | No |
| 437 | LAMAR COMPANIES | Accept | $9,800.00 | No |
| 39 | LATO SUPPLY CORP | Accept | $1,272.78 | No |
| 587 | LE CHEF BAKERY | Accept | $12,773.68 | No |
| 40 | LEE MC DONALD PHOTOGRAPHIC | Accept | $229.30 | No |
| 402 | MARTIN & MARTIN INC | Accept | $1,695.00 | No |
| 136 | MCCARRAN CORPORATE PLAZA | Reject | $1,989.32 | No |
| 586 | MISTY RAHIL | Accept | $95,000.00 | No |
| 34 | MORENO & ASSOCIATES INC | Accept | $585.00 | No |
| 287 | NATHANIEL CORP | Accept | $2,592.00 | No |
| 825 | NATIONAL POOL CO | Accept | $5,757.10 | No |
| 791 | OTIS SPUNKMEYER INC | Accept | $917.70 | No |
| 828 | PRAML INTL LTD | Reject | $3,275.61 | No |
| 823 | PRAML INTL LTD | Reject | $11,789.33 | Yes |
| 315 | SCOTT GRAPHICS & PROMOTIONS | Accept | $1,954.95 | No |
| 292 | Sierra Liquidity Fund LLC | Accept | $148.19 | No |
| 290 | Sierra Liquidity Fund LLC | Accept | $900.00 | No |
| 300 | Sierra Liquidity Fund LLC | Accept | $4,115.40 | No |
| 291 | Sierra Liquidity Fund LLC | Accept | $686.91 | No |
| 289 | Sierra Liquidity Fund LLC | Accept | $998.53 | No |
| 296 | Sierra Liquidity Fund LLC Assignee and Attorney in Fact for European Imports LTD Assignor | Accept | $303.02 | No |
| 299 | Sierra Liquidity Fund LLC Assignee and Attorney in Fact for Fun City Popcorn Assignor | Accept | $422.41 | No |
| 297 | Sierra Liquidity Fund LLC Assignee and Attorney in Fact for Hinas Textiles Assignor | Accept | $576.00 | No |

**Exhibit B**
**Class 4 Ballot Detail**

| Ballot Number | Creditor Name | Voted | Voting Amount | Reject the Release Provisions? |
|---|---|---|---|---|
| 298 | Sierra Liquidity Fund LLC Assignee and Attorney in Fact for Kingsbury Uniforms Assignor | Accept | $187.74 | No |
| 294 | Sierra Liquidity Fund LLC Assignee and Attorney in Fact for Lasting Memories Inc Assignor | Accept | $2,000.00 | No |
| 295 | Sierra Liquidity Fund LLC Assignee and Attorney in Fact for Pacific Sea Food Assignor | Accept | $3,323.37 | No |
| 293 | Sierra Liquidity Fund LLC Assignee and Attorney in Fact for Zee Medical Service Assignor | Accept | $37.55 | No |
| 3 | SOUTHLAND ENVELOPE CO INC | Accept | $542.85 | No |
| 583 | STATE RESTAURANT EQUIPMENT INC | Accept | $21,626.67 | No |
| 137 | SUN VALLEY ELECTRIC SUPPLY CO | Accept | $506.13 | No |
| 759 | SUSAN FIHE | Accept | $504.93 | No |
| 804 | SUSAN FIHE | Accept | $504.93 | No |
| 643 | Theodore R Mitchel | Reject | $1.00 | No |
| 534 | Theodore R Mitchel | Reject | $1.00 | No |
| 536 | Theodore R Mitchel | Reject | $1.00 | No |
| 544 | Theodore R Mitchel | Reject | $1.00 | No |
| 541 | Theodore R Mitchel | Reject | $1.00 | No |
| 539 | Theodore R Mitchel | Reject | $1.00 | No |
| 537 | Theodore R Mitchel | Reject | $1.00 | No |
| 405 | US FOODSVC LAS VEGAS DIV | Accept | $607,308.66 | No |
| 284 | VEGAS BAR SUPPLY INC | Accept | $5,642.96 | No |
| 36 | Videotape Products Inc | Accept | $4,978.00 | Yes |
| 820 | VSR INDUSTRIES INC | Reject | $14.55 | No |
| 816 | Young Electric Sign Co | Accept | $8,513.00 | No |

| Ballot Number | Creditor Name | Voted | Voting Amount | Reject the Release Provisions? |
|---|---|---|---|---|
| 802 | 1994 William J Yung Family Trust | Reject | $1.00 | No |
| 838 | 1994 William J Yung Family Trust | Reject | $1.00 | No |
| 836 | 1994 William J Yung Family Trust | Reject | $1.00 | No |
| 806 | 1994 William J Yung Family Trust | Reject | $1.00 | No |
| 833 | 1994 William J Yung Family Trust | Reject | $1.00 | No |
| 834 | 1994 William J Yung Family Trust | Reject | $1.00 | No |
| 835 | 1994 William J Yung Family Trust | Reject | $1.00 | No |
| 558 | Casuarina Cayman Holdings Ltd | Reject | $1.00 | No |
| 457 | Casuarina Cayman Holdings Ltd | Reject | $1.00 | No |
| 463 | Casuarina Cayman Holdings Ltd | Reject | $1.00 | No |
| 465 | Casuarina Cayman Holdings Ltd | Reject | $1.00 | No |
| 672 | Casuarina Cayman Holdings Ltd | Reject | $1.00 | No |
| 698 | Casuarina Cayman Holdings Ltd | Reject | $1.00 | No |
| 700 | Casuarina Cayman Holdings Ltd | Reject | $1.00 | No |
| 703 | Columbia Sussex Corporation | Reject | $1.00 | No |
| 554 | Columbia Sussex Corporation | Reject | $1.00 | No |
| 699 | Columbia Sussex Corporation | Reject | $1.00 | No |
| 697 | Columbia Sussex Corporation | Reject | $1,069,611.74 | No |
| 701 | Columbia Sussex Corporation | Reject | $1.00 | No |
| 551 | Columbia Sussex Corporation | Reject | $1.00 | No |
| 695 | Columbia Sussex Corporation | Reject | $1.00 | No |
| 504 | CSC Holdings LLC | Reject | $1.00 | No |
| 705 | CSC Holdings LLC | Reject | $1.00 | No |
| 707 | CSC Holdings LLC | Reject | $1.00 | No |
| 569 | CSC Holdings LLC | Reject | $1.00 | No |
| 505 | CSC Holdings LLC | Reject | $1.00 | No |
| 507 | CSC Holdings LLC | Reject | $1.00 | No |
| 842 | CSC Holdings LLC | Reject | $1.00 | No |
| 546 | Joe Yung | Reject | $1.00 | No |
| 543 | Joe Yung | Reject | $1.00 | No |
| 540 | Joe Yung | Reject | $1.00 | No |
| 538 | Joe Yung | Reject | $1.00 | No |
| 535 | Joe Yung | Reject | $1.00 | No |
| 682 | Joe Yung | Reject | $1.00 | No |
| 477 | Joe Yung | Reject | $1.00 | No |
| 484 | Tropicana Casinos and Resorts Inc | Reject | $19,284,293.74 | No |
| 509 | Tropicana Casinos and Resorts Inc | Reject | $1.00 | No |
| 486 | Tropicana Casinos and Resorts Inc | Reject | $1.00 | No |

# Exhibit B
## Class 6 Ballot Detail

| Ballot Number | Creditor Name | Voted | Voting Amount | Reject the Release Provisions? |
|---|---|---|---|---|
| 570 | Tropicana Casinos and Resorts Inc | Reject | $1.00 | No |
| 471 | Tropicana Casinos and Resorts Inc | Reject | $6,740,927.46 | No |
| 673 | Tropicana Casinos and Resorts Inc | Reject | $1.00 | No |
| 473 | Tropicana Casinos and Resorts Inc | Reject | $977,701.80 | No |
| 502 | William J Yung III | Reject | $1.00 | No |
| 548 | William J Yung III | Reject | $1.00 | No |
| 843 | William J Yung III | Reject | $1.00 | No |
| 671 | William J Yung III | Reject | $1.00 | No |
| 670 | William J Yung III | Reject | $1.00 | No |
| 562 | William J Yung III | Reject | $1.00 | No |
| 561 | William J Yung III | Reject | $1.00 | No |

**Exhibit C**

**[Detail of Non-Tabulated Ballots]**

K&E 14500384.

# Exhibit C
## Non-Tabulated Ballot Detail

| Ballot Number | Class | Creditor Name | Voted | Voting Amount | Reject the Release Provisions? | Reason Unacceptable |
|---|---|---|---|---|---|---|
| 811 | Class 4 | ATOMIC ART INC | Abstained | $1,416.49 | No | Abstained |
| 138 | Class 4 | DEBARRY PACKAGING INC | Abstained | $3,519.52 | No | Abstained |
| 590 | Class 4 | FRAZEE INDUSTRIES INC | Abstained | $396.93 | No | Abstained |
| 403 | Class 4 | GET FRESH SALES | Abstained | $6,394.88 | Yes | Abstained |
| 143 | Class 4 | JCM American Corporation | Abstained | $4,192.20 | No | Abstained |
| 142 | Class 4 | JCM AMERICN CORP | Abstained | $2,095.74 | No | Abstained |
| 129 | Class 4 | SKY TOP VENDING INC | Abstained | $3,716.89 | No | Abstained |
| 81 | Class 4 | THE CARPER CO | Abstained | $535.45 | No | Abstained |
| 409 | Class 4 | WEST BEST FOODS | Abstained | $7,779.60 | No | Abstained |