IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| TROPICANA ENTERTAINMENT, LLC, et al.,[1] | ) Case No. 08-10856 (KJC) |
| Debtors. | ) Jointly Administered |
| | ) Re: Docket No. 884, 1452, 1490, and 1709 |

## ORDER RESOLVING MOTION OF VINCENT RENNICH AND LYNN RENNICH FOR RELIEF FROM STAY AS TO DEBTOR AZTAR CORPORATION (CASE NO. 08-10857) UNDER BANKRUPTCY CODE SECTION 362

Upon the motion [D.I. 884] (the "Motion") of Vincent Rennich and Lynn Rennich (the "Movants") for relief pursuant to 11 U.S.C. § 362(d)(1) from the automatic stay as to Debtor Aztar Corporation[2] to proceed with their pending litigation in New Jersey Superior Court (the "Action"), the Debtors' objections thereto [D.I. 1452], and the Movants' reply [D.I. 1490]; and after adequate notice of the Motion and a hearing held on February 17, 2009, at which argument was heard by counsel for the Movants and counsel for the Debtors; and with the consent of the

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Adamar Garage Corporation (1225); Adamar of Nevada (4178); Argosy of Louisiana, Inc. (5121); Atlantic-Deauville Inc. (2629); Aztar Corporation (6534); Aztar Development Corporation (0834); Aztar Indiana Gaming Company, LLC (5060); Aztar Indiana Gaming Corporation (1802); Aztar Missouri Gaming Corporation (8819); Aztar Riverboat Holding Company, LLC (5055); Catfish Queen Partnership in Commendam (4791); Centroplex Centre Convention Hotel, L.L.C. (2613); Columbia Properties Laughlin, LLC (9651); Columbia Properties Tahoe, LLC (1611); Columbia Properties Vicksburg, LLC (0199); CP Baton Rouge Casino, L.L.C. (9608); CP Laughlin Realty, LLC (9621); Hotel Ramada of Nevada (8259); Jazz Enterprises, Inc. (4771); JMBS Casino LLC (6282); Ramada New Jersey Holdings Corporation (4055); Ramada New Jersey, Inc. (5687); St. Louis Riverboat Entertainment, Inc. (3514); Tahoe Horizon, LLC (9418); Tropicana Development Company, LLC (0943); Tropicana Enterprises (7924); Tropicana Entertainment Holdings, LLC (9131); Tropicana Entertainment Intermediate Holdings, LLC (9214); Tropicana Entertainment, LLC (9263); Tropicana Express, Inc. (0806); Tropicana Finance Corp. (4040); Tropicana Las Vegas Holdings, LLC (9332); Tropicana Las Vegas Resort and Casino, LLC (9355); and Tropicana Real Estate Company, LLC (1107). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 3920 Howard Hughes Parkway, 4th Floor, Las Vegas, Nevada 89169

[2] Case No. 08-10857.

Movants to the treatment of the initial hearing on their Motion as a preliminary hearing, pursuant to 11 U.S.C. § 362(e)(1), and to the continuance of the hearing upon their Motion to the date to be scheduled for a hearing on confirmation of a proposed plan of reorganization in this case for debtor Aztar Corporation among others of its affiliated debtors (the "OpCo Plan"), and based upon agreement of the Movants and Debtors to the terms set forth herein, it is HEREBY ORDERED THAT:

1. The automatic stay shall be deemed lifted with respect to the Movants' Action against Aztar Corporation on the earlier of (a) thirty days after approval of an order confirming the OpCo Plan or (b) the Effective Date, as defined in the OpCo Plan.

2. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

3. Nothing contained herein shall preclude the Movants from pursuing any claims or causes of action against any insurance company.

4. Notwithstanding the possible applicability of Bankruptcy Rules 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

6. This Court shall retain jurisdiction with respect to any matters related to or arising from the Motion or the implementation of this Order.

Dated: May 5, 2009

The Honorable Kevin J. Carey
United States Bankruptcy Judge