# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TROPICANA ENTERTAINMENT, LLC, et al.,[1] | Case No. 08-10856 (KJC) |
| Debtors. | Jointly Administered |
| | Re: Docket Nos. 1865 and 1954 |

## SECOND NOTICE OF AMENDMENT TO PLAN SUPPLEMENT IN SUPPORT OF DEBTORS' FIRST AMENDED JOINT PLAN OF REORGANIZATION OF TROPICANA LAS VEGAS HOLDINGS, LLC AND CERTAIN OF ITS DEBTOR AFFILIATES UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

PLEASE TAKE NOTICE that on April 10, 2009, Tropicana Las Vegas Holdings, LLC and certain of its debtor affiliates (collectively, the "LandCo Debtors")[2] filed their *Plan Supplement in Support of Debtors' First Amended Joint Plan of Reorganization of Tropicana*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Adamar Garage Corporation (1225); Adamar of Nevada (4178); Argosy of Louisiana, Inc. (5121); Atlantic-Deauville, Inc. (2629); Aztar Corporation (6534); Aztar Development Corporation (0834); Aztar Indiana Gaming Company, LLC (5060); Aztar Indiana Gaming Corporation (1802); Aztar Missouri Gaming Corporation (8819); Aztar Riverboat Holding Company, LLC (5055); Catfish Queen Partnership In Commendum (4791); Centroplex Centre Convention Hotel, LLC (2613); Columbia Properties Laughlin, LLC (9651); Columbia Properties Tahoe, LLC (1611); Columbia Properties Vicksburg, LLC (0199); CP Baton Rouge Casino, LLC (9608); CP Laughlin Realty, LLC (9621); Hotel Ramada of Nevada (8259); Jazz Enterprises Inc. (4771); JMBS Casino, LLC (6282); Ramada New Jersey Holdings Corporation (4055); Ramada New Jersey, Inc. (5687); St. Louis Riverboat Entertainment, Inc. (3514); Tahoe Horizon, LLC (9418); Tropicana Development Company, LLC (0943); Tropicana Enterprises (7924); Tropicana Entertainment Holdings, LLC (9131); Tropicana Entertainment Intermediate Holdings, LLC (9214); Tropicana Entertainment, LLC (9263); Tropicana Express, Inc. (0806); Tropicana Finance Corp. (4040); Tropicana Las Vegas Holdings, LLC (9332); Tropicana Las Vegas Resort & Casino, LLC (9355); and Tropicana Real Estate Company, LLC (1107). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 3930 Howard Hughes Parkway, 4th Floor, Las Vegas, Nevada 89169.

[2] The LandCo Debtors are: Adamar of Nevada Corporation; Hotel Ramada of Nevada Corporation; Tropicana Development Company, LLC; Tropicana Enterprises; Tropicana Las Vegas Holdings, LLC; Tropicana Las Vegas Resort and Casino, LLC; and Tropicana Real Estate Company, LLC.

*Las Vegas Holdings, LLC and Certain of Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [Docket No. 1865] (the "Plan Supplement").

PLEASE TAKE FURTHER NOTICE that on May 1, 2009, the LandCo Debtors filed the *Notice of Amendment to Plan Supplement in Support of Debtors' First Amended Joint Plan of Reorganization of Tropicana Las Vegas Holdings, LLC and Certain of Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code and Disclosures with Respect to Directors & Officers and Insiders in Accordance with Section 1129(a)(5) of the Bankruptcy Code* [Docket No. 1954] (the "First Amendment to the Plan Supplement").

PLEASE TAKE FURTHER NOTICE that attached hereto are the following supplemented exhibits to the Plan Supplement:

- **Exhibit A:** An additional supplement to the List of Causes of Action to Be Transferred to New LandCo Corporation attached to the Plan Supplement as Exhibit 4 and previously supplemented by the list attached to the First Amendment to the Plan Supplement as Exhibit C.

2

RLF1-3395686-1

<table>
<tr><td>Dated: May 12, 2009<br>Wilmington, Delaware</td><td>**RICHARDS, LAYTON & FINGER, P.A.**<br><br>_/s/ signature_<br><br>Mark D. Collins (Bar No. 2981)<br>Daniel J. DeFranceschi (Bar No. 2732)<br>Paul N. Heath (Bar No. 3704)<br>Lee E. Kaufman (Bar No. 4877)<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br><br>- and -<br><br>**KIRKLAND & ELLIS LLP**<br>Marc Kieselstein, P.C. (*pro hac vice*)<br>David R. Seligman, P.C. (*pro hac vice*)<br>Marc J. Carmel (*pro hac vice*)<br>Erik W. Chalut (*pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br><br>*Co-Counsel for the Debtors and Debtors in Possession*</td></tr>
</table>