# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TROPICANA ENTERTAINMENT, LLC, *et al.*,[1] | ) | Case No. 08-10856 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Re: Docket Nos. 1995 and 2001** |

**NOTICE OF: (I) ENTRY OF ORDER CONFIRMING DEBTORS' FIRST AMENDED JOINT PLAN OF REORGANIZATION OF TROPICANA ENTERTAINMENT, LLC AND CERTAIN OF ITS DEBTOR AFFILIATES UNDER CHAPTER 11 OF THE BANKRUPTCY CODE; (II) DEADLINE FOR PROFESSIONALS AND OTHERS TO FILE FEE APPLICATIONS; AND (III) DEADLINE FOR FILING REQUESTS FOR PAYMENT OF ADMINISTRATIVE CLAIMS**

PLEASE TAKE NOTICE that on May 5, 2009, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered the *Findings of Facts, Conclusions of Law, and Order Confirming First Amended Joint Plan of Reorganization of Tropicana Entertainment, LLC and Certain of Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [Docket No. 2001] (the "Confirmation Order"). Among other things, the Confirmation Order confirmed the *First Amended Joint Plan of Reorganization of Tropicana Entertainment, LLC and Certain of Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [Docket No. 1995] (the "Plan")[2] as satisfying the requirements of the Bankruptcy Code and authorized Tropicana Entertainment, LLC and certain of its affiliated debtors (collectively, the "OpCo

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Adamar Garage Corporation (1225); Adamar of Nevada Corporation (4178); Argosy of Louisiana, Inc. (5121); Atlantic-Deauville Inc. (2629); Aztar Corporation (6534); Aztar Development Corporation (0834); Aztar Indiana Gaming Company, LLC (5060); Aztar Indiana Gaming Corporation (1802); Aztar Missouri Gaming Corporation (8819); Aztar Riverboat Holding Company, LLC (5055); Catfish Queen Partnership in Commendam (4791); Centroplex Centre Convention Hotel, L.L.C. (2613); Columbia Properties Laughlin, LLC (9651); Columbia Properties Tahoe, LLC (1611); Columbia Properties Vicksburg, LLC (0199); CP Baton Rouge Casino, L.L.C. (9608); CP Laughlin Realty, LLC (9621); Hotel Ramada of Nevada Corporation (8259); Jazz Enterprises, Inc. (4771); JMBS Casino LLC (6282); Ramada New Jersey Holdings Corporation (4055); Ramada New Jersey, Inc. (5687); St. Louis Riverboat Entertainment, Inc. (3514); Tahoe Horizon, LLC (9418); Tropicana Development Company, LLC (0943); Tropicana Enterprises (7924); Tropicana Entertainment Holdings, LLC (9131); Tropicana Entertainment Intermediate Holdings, LLC (9214); Tropicana Entertainment, LLC (9263); Tropicana Express, Inc. (0806); Tropicana Finance Corp. (4040); Tropicana Las Vegas Holdings, LLC (9332); Tropicana Las Vegas Resort and Casino, LLC (9355); and Tropicana Real Estate Company, LLC (1107). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 3930 Howard Hughes Parkway, 4th Floor, Las Vegas, Nevada 89169.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Plan or the Confirmation Order.

Debtors")[3] to implement the Plan on the Effective Date. The Effective Date has not yet occurred. Upon the occurrence of the Effective Date, the OpCo Debtors intend to file a notice thereof with the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that the Confirmation Order and the Plan are available for inspection in the office of the Clerk of the Bankruptcy Court at the United States Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. In addition, copies of the Confirmation Order and the Plan are also available: (a) from the Claims and Solicitation Agent[4] (i) at the OpCo Debtors' website: http://www.kccllc.net/tropicana, (ii) by writing to Kurtzman Carson Consultants LLC, Attn.: Tropicana Balloting Center, 2335 Alaska Avenue, El Segundo, California 90245, (iii) by calling (888) 733-1425, or (iv) by sending an e-mail to tropicanainfo@kccllc.com; or (b) for a fee via PACER at http://www.deb.uscourts.gov/.

PLEASE TAKE FURTHER NOTICE that subject to Article X.B of the Plan and notwithstanding Bankruptcy Rules 3020(e), 6004(g), 7062, or otherwise, upon the occurrence of the Effective Date, the terms of the Plan and the Plan Supplement shall be immediately effective and enforceable and deemed binding upon the OpCo Debtors, the Reorganized OpCo Debtors, and any and all Holders of Claims or Interests (irrespective of whether any such Holders of Claims or Interests failed to vote to accept or reject the Plan, voted to accept or reject the Plan, or are deemed to accept or reject the Plan), all Entities that are parties to or are subject to the settlements, compromises, releases, discharges, and injunctions described in the Plan, each Entity acquiring property under the Plan, and any and all non-OpCo Debtor parties to executory contracts and unexpired leases with the OpCo Debtors. The rights, benefits, and obligations of any Entity named or referred to in the Plan shall be binding on, and shall inure to the benefit of, any heir, executor, administrator, successor or assign, if any, of such Entity.

PLEASE TAKE FURTHER NOTICE that all final requests for payment of Professional Claims shall be Filed no later than the Administrative Claim Bar Date, which shall be thirty days after the Effective Date, unless otherwise ordered by the Bankruptcy Court, except with respect to Professional Claims, which shall be forty-five days after the Effective Date. Allowed amounts of the Professional Claims shall be determined by the Bankruptcy Court and shall be paid pursuant to the Plan, including Article IX.A of the Plan.

---

[3] The OpCo Debtors are: Adamar Garage Corporation; Argosy of Louisiana, Inc.; Atlantic-Deauville Inc.; Aztar Corporation; Aztar Development Corporation; Aztar Indiana Gaming Company, LLC; Aztar Indiana Gaming Corporation; Aztar Missouri Gaming Corporation; Aztar Riverboat Holding Company, LLC; Catfish Queen Partnership in Commendam; Centroplex Centre Convention Hotel, L.L.C.; Columbia Properties Laughlin, LLC; Columbia Properties Tahoe, LLC; Columbia Properties Vicksburg, LLC; CP Baton Rouge Casino, L.L.C.; CP Laughlin Realty, LLC; Jazz Enterprises, Inc.; JMBS Casino LLC; Ramada New Jersey Holdings Corporation; Ramada New Jersey, Inc.; St. Louis Riverboat Entertainment, Inc.; Tahoe Horizon, LLC; Tropicana Entertainment Holdings, LLC; Tropicana Entertainment Intermediate Holdings, LLC; Tropicana Entertainment, LLC; Tropicana Express, Inc.; and Tropicana Finance Corp.

[4] The OpCo Debtors' "Claims and Solicitation Agent" means Kurtzman Carson Consultants LLC, in its capacity as notice, claims, and balloting agent for the OpCo Debtors, pursuant to the *Order Authorizing Debtors to Employ and Retain Kurtzman Carson Consultants LLC as Notice, Claims, and Solicitation Agent*, entered by the Bankruptcy Court on May 6, 2008 [Docket No. 52].

PLEASE TAKE FURTHER NOTICE that all requests for payment of an Administrative Claim must be Filed with the Claims and Solicitation Agent and served upon counsel to the OpCo Debtors or the Reorganized OpCo Debtors, as applicable, on or before the Administrative Claim Bar Date. Any request for payment of an Administrative Claim must be Filed in accordance with Article IX.B of the Plan or otherwise, and such request that is not filed in accordance with Article IX.B of the Plan or otherwise shall be disallowed automatically without the need for any objection by the OpCo Debtors or the Reorganized OpCo Debtors.

Dated: May 22, 2009
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**

/s/ *Lee E. Kaufman*
Mark D. Collins (Bar No. 2981)
Daniel J. DeFranceschi (Bar No. 2732)
Paul N. Heath (Bar No. 3704)
Lee E. Kaufman (Bar No. 4877)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

**KIRKLAND & ELLIS LLP**
Marc Kieselstein, P.C. (*pro hac vice*)
David R. Seligman, P.C. (*pro hac vice*)
Marc J. Carmel (*pro hac vice*)
Erik W. Chalut (*pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Co-Counsel for the Debtors and Debtors in Possession*