# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 <br> ) <br> ) Case No. 08-10856 (KJC) <br> ) <br> ) Jointly Administered <br> ) <br> ) **Re: Docket Nos. 1865, 1954, 2042 and 2171** <br> ) |
| TROPICANA ENTERTAINMENT, LLC, et al.,[1] | |
| Debtors. | |

## FOURTH NOTICE OF AMENDMENT TO PLAN SUPPLEMENT IN SUPPORT OF DEBTORS' FIRST AMENDED JOINT PLAN OF REORGANIZATION OF TROPICANA LAS VEGAS HOLDINGS, LLC AND CERTAIN OF ITS DEBTOR AFFILIATES UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

PLEASE TAKE NOTICE that on April 10, 2009, Tropicana Las Vegas Holdings, LLC and certain of its debtor affiliates (collectively, the "LandCo Debtors")[2] filed their *Plan Supplement in Support of Debtors' First Amended Joint Plan of Reorganization of Tropicana Las Vegas Holdings, LLC and Certain of Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [Docket No. 1865] (the "Plan Supplement"), in connection with the *First Amended Joint Plan of Reorganization of Tropicana Las Vegas Holdings, LLC and Certain of Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* (the "Plan").

PLEASE TAKE FURTHER NOTICE that on May 1, 2009, the LandCo Debtors filed the *Notice of Amendment to Plan Supplement in Support of Debtors' First Amended Joint Plan of Reorganization of Tropicana Las Vegas Holdings, LLC and Certain of Its Debtor Affiliates*

---

[1] The remaining Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Adamar Garage Corporation (1225); Argosy of Louisiana, Inc. (5121); Atlantic-Deauville Inc. (2629); Aztar Corporation (6534); Aztar Development Corporation (0834); Aztar Indiana Gaming Company, LLC (5060); Aztar Indiana Gaming Corporation (1802); Aztar Missouri Gaming Corporation (8819); Aztar Riverboat Holding Company, LLC (5055); Catfish Queen Partnership in Commendam (4791); Centroplex Centre Convention Hotel, L.L.C. (2613); Columbia Properties Laughlin, LLC (9651); Columbia Properties Tahoe, LLC (1611); Columbia Properties Vicksburg, LLC (0199); CP Baton Rouge Casino, L.L.C. (9608); CP Laughlin Realty, LLC (9621); Jazz Enterprises, Inc. (4771); JMBS Casino LLC (6282); Ramada New Jersey Holdings Corporation (4055); Ramada New Jersey, Inc. (5687); St. Louis Riverboat Entertainment, Inc. (3514); Tahoe Horizon, LLC (9418); Tropicana Enterprises (7924); Tropicana Entertainment Holdings, LLC (9131); Tropicana Entertainment Intermediate Holdings, LLC (9214); Tropicana Entertainment, LLC (9263); Tropicana Express, Inc. (0806); Tropicana Finance Corp. (4040).

[2] The LandCo Debtors are: Adamar of Nevada Corporation; hotel Ramada of Nevada Corporation; Tropicana Development Company, LLC; Tropicana Enterprises; Tropicana Las Vegas Holdings, LLC; Tropicana Las Vegas Resort and Casino, LLC; and Tropicana Real Estate Company, LLC.

752153.2

Under Chapter 11 of the Bankruptcy Code and Disclosures with Respect to Directors & Officers and Insiders in Accordance with Section 1129(a)(5) of the Bankruptcy Code [Docket No. 1954].

PLEASE TAKE FURTHER NOTICE that on May 12, 2009, the LandCo Debtors filed the *Second Notice of Amendment to Plan Supplement in Support of Debtors' First Amended Joint Plan of Reorganization of Tropicana Las Vegas Holdings, LLC and Certain of Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [Docket No. 2042].

PLEASE TAKE FURTHER NOTICE that on June 23, 2009, the LandCo Debtors filed the *Third Notice of Amendment to Plan Supplement in Support of Debtors' First Amended Joint Plan of Reorganization of Tropicana Las Vegas Holdings, LLC and Certain of Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [Docket No. 2171].

PLEASE TAKE FURTHER NOTICE that attached hereto is the following supplemented and revised exhibit to the Plan Supplement:

- **Exhibit A**: The agreements set forth on Exhibit A (the "Agreements") were previously listed on the List of Executory Contracts and Unexpired Leases to Be Assumed and Assigned to New LandCo Corporation, attached as Exhibit 6 to the Plan Supplement to be deemed assumed and assigned to New LandCo Corporation on the Effective Date.

However, the Liquidating LandCo Debtors[3] have now determined to reject the Agreements. Consequently, the Liquidating LandCo Debtors hereby remove the Agreements from Exhibit 6 to the Plan Supplement and, instead, hereby include the Agreements as an additional supplement to the List of Rejected Executory Contracts and Unexpired Leases, attached as Exhibit 7 to the Plan Supplement. The agreements shall be deemed rejected as of July 24, 2009.

Dated: July 24, 2009

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ M. Blake Cleary
Robert S. Brady (No. 2847)
M. Blake Cleary (No. 3614)
The Brandywine Building – 17th Floor
1000 West Street
Post Office Box 391
Wilmington, Delaware 19899 0391
Telephone: (302) 571-6600
Telecopier: (302) 571-1253

- and -

HENNIGAN, BENNETT & DORMAN LLP

Bruce Bennett
James O. Johnston
Joshua D. Morse
865 S. Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Telecopier: (213) 694-1234

*Counsel to Liquidating LandCo Debtors*

---

[3] The Liquidating LandCo Debtors are the LandCo Debtors on or after the Effective Date of the Plan.

# **EXHIBIT A**

## Tropicana Las Vegas Holdings, LLC et al.
### Supplemental Schedule of Executory Contracts and Unexpired Leases to Be Rejected

| Contract ID | Debtor Entity | Counterparty Name and Address | Agreement Description | Dated |
|---|---|---|---|---|
| 695 | Hotel Ramada of Nevada | AGILYSYS NV, LLC<br>1858 PAYSHERE CIRCLE<br>CHICAGO, IL 60674 | Hardware Maintenance Agreement | 3/30/2008 |
| 694 | Hotel Ramada of Nevada | AGILYSYS NV, LLC<br>1858 PAYSHERE CIRCLE<br>CHICAGO, IL 60674 | Master File Conversion Services Contract | 1/30/2007 |