# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TROPICANA ENTERTAINMENT, LLC, et al.,[1] | ) Case No. 08-10856 (KJC) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Re: Docket Nos. 1866, 1953, and 1963 |

## THIRD NOTICE OF AMENDMENT TO PLAN SUPPLEMENT IN SUPPORT OF DEBTORS' FIRST AMENDED JOINT PLAN OF REORGANIZATION OF TROPICANA ENTERTAINMENT, LLC AND CERTAIN OF ITS DEBTOR AFFILIATES UNDER CHAPTER 11 OF THE BANKRUPTCY CODE AND NOTICE OF AMENDED DISCLOSURES WITH RESPECT TO DIRECTORS & OFFICERS AND INSIDERS IN ACCORDANCE WITH SECTION 1129(A)(5) OF THE BANKRUPTCY CODE

PLEASE TAKE NOTICE that on April 10, 2009, debtor Tropicana Entertainment, LLC and certain of its debtor affiliates, the above-captioned debtors and debtors in possession (collectively, the "OpCo Debtors") filed their *Plan Supplement in Support of Debtors' First Amended Joint Plan of Reorganization of Tropicana Entertainment, LLC and Certain of Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [Docket No. 1866] (the "Plan Supplement").

---

[1] The OpCo Debtors in these Chapter 11 Cases, along with the last four digits of each OpCo Debtor's federal tax identification number, are: Adamar Garage Corporation (1225); Argosy of Louisiana, Inc. (5121); Atlantic-Deauville Inc. (2629); Aztar Corporation (6534); Aztar Development Corporation (0834); Aztar Indiana Gaming Company, LLC (5060); Aztar Indiana Gaming Corporation (1802); Aztar Missouri Gaming Corporation (8819); Aztar Riverboat Holding Company, LLC (5055); Catfish Queen Partnership in Commendam (4791); Centroplex Centre Convention Hotel, L.L.C. (2613); Columbia Properties Laughlin, LLC (9651); Columbia Properties Tahoe, LLC (1611); Columbia Properties Vicksburg, LLC (0199); CP Baton Rouge Casino, L.L.C. (9608); CP Laughlin Realty, LLC (9621); Jazz Enterprises, Inc. (4771); JMBS Casino LLC (6282); Ramada New Jersey Holdings Corporation (4055); Ramada New Jersey, Inc. (5687); St. Louis Riverboat Entertainment, Inc. (3514); Tahoe Horizon, LLC (9418); Tropicana Entertainment Holdings, LLC (9131); Tropicana Entertainment Intermediate Holdings, LLC (9214); Tropicana Entertainment, LLC (9263); Tropicana Express, Inc. (0806); and Tropicana Finance Corp. (4040). The location of the OpCo Debtors' corporate headquarters and the service address for all OpCo Debtors is: 3930 Howard Hughes Parkway, 4th Floor, Las Vegas, Nevada 89169.

1

PLEASE TAKE FURTHER NOTICE that on May 1, 2009, the OpCo Debtors filed their *Notice of Amendment to Plan Supplement in Support of Debtors' First Amended Joint Plan of Reorganization of Tropicana Entertainment, LLC and Certain of Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code and Disclosures with Respect to Directors & Officers and Insiders in Accordance with Section 1129(a)(5) of the Bankruptcy Code* [Docket No. 1953] (the "First Amendment to the Plan Supplement").

PLEASE TAKE FURTHER NOTICE that on May 1, 2009, the OpCo Debtors filed their *Second Notice of Amendment to Plan Supplement in Support of Debtors' First Amended Joint Plan of Reorganization of Tropicana Entertainment, LLC and Certain of Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [Docket No. 1963].

PLEASE TAKE FURTHER NOTICE that attached hereto are the following amended and supplemented exhibits to the Plan Supplement:

- **Exhibit A:** The agreements set forth on this exhibit (the "Contracts and Leases to Be Assumed") were previously listed on the List of Executory Contracts and Unexpired Leases to Be Assumed by the OpCo Debtors, attached as Exhibit 6 to the Plan Supplement and were to be deemed assumed on the Effective Date. The OpCo Debtors have determined to reject the Contracts and Leases to Be Assumed. Consequently, the OpCo Debtors hereby withdraw the Contracts and Leases to Be Assumed from Exhibit 6 to the Plan Supplement and, instead, hereby include the Contracts and Leases to Be Assumed as an additional supplement to the List of Rejected Executory Contracts and Unexpired Leases, attached as Exhibit 7 to the Plan Supplement. The Contracts and Leases to Be Assumed shall be deemed rejected on the Effective Date.

- **Exhibit B**: Amended Disclosures with Respect to Directors, Officers, and Insiders in Accordance with Section 1129(a)(5) of the Bankruptcy Code (Exhibit J to the First Amendment to the Plan Supplement), attached hereto as a clean document (Exhibit B-1) and in redline form against the version previously filed with the Court as Exhibit J to the First Amendment to the Plan Supplement (Exhibit B-2).[2]

---

[2] Nothing herein is or shall be deemed to be an agreement or concession that section 1129(a)(5) of the Bankruptcy code requires disclosure of the information set forth on Exhibit B.

K&E 14893621.6

Dated: October 7, 2009
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**

*/s/ Lee E. Kaufman*
Mark D. Collins (Bar No. 2981)
Daniel J. DeFranceschi (Bar No. 2732)
Paul N. Heath (Bar No. 3704)
Lee E. Kaufman (Bar No. 4877)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

**KIRKLAND & ELLIS LLP**
Marc Kieselstein, P.C. (*pro hac vice*)
David R. Seligman, P.C. (*pro hac vice*)
Marc J. Carmel (*pro hac vice*)
Erik W. Chalut (*pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Co-Counsel for the Debtors and Debtors in Possession*