UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Re: Tropicana Entertainment LLC
        Debtors

Chapter 11
08-10856 (KJC)
Jointly Administered

FILED
MAR 19 AM 8:30
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Jimmy K. Thulmes, Intervenor
Amber Lambert, Intervenor
Jonathon Rich, Intervenor

## Motion to Intervene As creditors under Fed. R. of Bankruptcy P.

Comes now, the intervenors, moves this Honorable Court to intervene as creditors in the Tropicana Entertainment LLC Bankruptcy case. Intervenors have a common vested interest in this Litigation.
Nevilles v. EEOC

Intervenors will provide questions of laws and facts that are common in this Action.

Intervenors will submit Tropicana Entertainment Business Dealings and Joint partnerships intervenors had with the Debtors in the mid 2000's.

Intervenors will provide this honorable court Documents, Financial Records, emails, exhibits

Banking records, and Emails related to this litigation Where, Intervenors respectfully prays this honorable Court will grant the intervention For relief

Respectfully  3/8/15

*[signature]*

Amber Lambert
#181498
P.O. Box 85880
Pearl, MS 39288

3-6-15

*[signature]*

Jimmy K. Thulmes
518 George Rd
Toms River, NJ 08753

3/12/15

*[signature]*

Jonathon Rich
KX9662
301 Institution Dr.
Bellefonte, PA 16823