IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| TROPICANA ENTERTAINMENT, LLC, *et al.*, | ) ) ) | Case No. 08-10856 (KJC) |
| Debtors. | ) ) ) ) ) | Jointly Administered<br><br>Re: Docket No. 3869<br>Hearing date: April 14, 2015, at 1:30 p.m. (ET) |

**OPCO DEBTORS' OBJECTION TO MOTION TO INTERVENE**

The OpCo Debtors[1] file this objection (the "<u>Objection</u>") to the *Motion to Intervene* (the "<u>Motion</u>") purportedly filed by Jonathan Rich, Jimmy K. Thulmes, and Amber Lambert (the "<u>Movants</u>," and each individually a "<u>Movant</u>"), request the entry of the proposed order attached as Exhibit A denying the Motion (the "<u>Proposed Order</u>"), and in support state as follows.

**Background**

1.  The OpCo Debtors do know what the basis for the Motion is. The OpCo Debtors' books and records show no amounts owing to any of the Movants, no Movant filed a proof of claim against the OpCo Debtors, and the docket reflects no activity by any Movant in these cases. In sum, the OpCo Debtors do not know what the Movants' interest is in this bankruptcy,

---

[1] The OpCo Debtors in these chapter 11 cases, along with the last four digits of each of their federal tax identification numbers, are: Adamar Garage Corporation (1225); Argosy of Louisiana, Inc. (5121); Atlantic-Deauville Inc. (2629); Aztar Corporation (6534); Aztar Development Corporation (0834); Aztar Indiana Gaming Company, LLC (5060); Aztar Indiana Gaming Corporation (1802); Aztar Missouri Gaming Corporation (8819); Aztar Riverboat Holding Company, LLC (5055); Catfish Queen Partnership in Commendam (4791); Centroplex Centre Convention Hotel, L.L.C. (2613); Columbia Properties Laughlin, LLC (9651); Columbia Properties Tahoe, LLC (1611); Columbia Properties Vicksburg, LLC (0199); CP Baton Rouge Casino, L.L.C. (9608); CP Laughlin Realty, LLC (9621); Jazz Enterprises, Inc. (4771); JMBS Casino LLC (6282); Ramada New Jersey Holdings Corporation (4055); Ramada New Jersey, Inc. (5687); St. Louis Riverboat Entertainment, Inc. (3514); Tahoe Horizon, LLC (9418); Tropicana Entertainment Holdings, LLC (9131); Tropicana Entertainment Intermediate Holdings, LLC (9214); Tropicana Entertainment, LLC (9263); Tropicana Express, Inc. (0806); and Tropicana Finance Corp. (4040). The location of the OpCo Debtors' corporate headquarters and the service address for all of the OpCo Debtors is: 3930 Howard Hughes Parkway, 4th Floor, Las Vegas, Nevada 89169.

RLF1 11780368v.1

or what the Movants are intervening into.[2]

2.    To better understand who the Movants are and whether their concerns could be resolved without a hearing, counsel for the OpCo Debtors sent the Movants a letter on March 23, 2015, a copy of which is attached as Exhibit B.  Because the OpCo Debtors received no response to this letter, they are forced to object to the Motion.

3.    Having received no response, the OpCo Debtors utilized other resources to try to understand who the Movants are and any interest they may have in these cases.  As best the OpCo Debtors have been able to determine, Movant Jonathon Rich is imprisoned and routinely tries to intervene in cases in which he holds no interest.  *See Solliday v. Dir. of Bureau of Prisions*, 2014 WL 6388568, at *2 (D. Minn. Nov. 14, 2014) ("Riches is a *pro se* litigant who has a history of filing frivolous lawsuits and motions . . . across the country."); *In re Genetically Modified Rice Litig.*, 2008 WL 4966722, at *1 n.2 (E.D. Mo. Nov. 19, 2008); *Wikipedia, Jonathan Lee Riches*, http://en.wikipedia.org/wiki/Jonathan_Lee_Riches (last visited Apr. 3, 2015).

4.    In so doing, Mr. Riches frequently includes various aliases in his filings.  *Riches v. Wilkinson*, 2011 WL 452982, at *1 (E.D. Ky. Feb. 4, 2011).  He has included names very similar that of Movant Jimmy K. Thulmes in other filings, including Jimmy Jahar Thula, Jimmy Thula, Jimmy James Thule, Jimmy Thule, and James Jared Thule, *Solliday*, 2014 WL 6388568, at *1-2, such that the OpCo Debtors believe Movant Jimmy K. Thulmes does not exist.  Amber Lambert also appears to be imprisoned, and has either recently joined Mr. Riches in his frivolous filings, or her name is being used by Mr. Riches without her consent.[3]  Attached as Exhibit C is a

---

[2]    As such, the OpCo Debtors reserve all rights in light of any additional facts.

[3]    It is unclear to the OpCo Debtors how Ms. Lambert, whose inmate number and address indicate that she is incarcerated in Mississippi, could sign a motion prepared by Mr. Riches in Pennsylvania, or *vice versa*.

copy of a similar motion signed by Jonathon Rich, Amber Lambert, and Jimmy K. Thale, that was filed with this Court in the *In re Energy Future Holdings Corp.* bankruptcy proceedings on March 13, 2015.

### Response

5.  The Motion should be denied on the grounds that the Movants have no interest in this case.

6.  Federal Rule of Bankruptcy Procedure 2018(a) only allows an "interested party" to intervene.  *See also In re ANC Rental Corp., Inc.*, 278 B.R. 714, 719 (Bankr. D. Del. 2002) (requiring intervenor to have an interest in the proceeding that "the Bankruptcy Code seeks to protect").  Movants have demonstrated no interest in this bankruptcy case and they have none.  Accordingly, the Movants' request to intervene should be denied.

7.  Nor are Movants able to intervene under Federal Rule of Bankruptcy Procedure 7024, assuming it were applicable.  Even the plain language of the rule reveals that it only allows Movants the right to intervene in an "action."  An "action" is defined by the Federal Rules of Bankruptcy Procedure as "an adversary proceeding or, when appropriate, a contested petition, or proceedings to vacate an order for relief or to determine any other contested matter."  Fed. R. Bankr. P. 9002(1).  Movants seek to intervene in the case generally, not in any "action" or adversary proceeding, and thus the rule provides no basis for permitting their intervention.

8.  Mr. Riches' motions to intervene are routinely denied.  By way of example, attached as Exhibit D is a copy of a motion to intervene in the *In re GSE Environmental, Inc., et al.* bankruptcy proceedings, signed by, *inter alia*, Jonathan Rich and Jimmy James Thule.  The debtors objected to this motion, a copy which is attached as Exhibit E, which the Court subsequently denied in the order attached as Exhibit F.  Another example comes from the *In re Stock Building Supply Holdings LLC, et al.* bankruptcy, where Jonathan Lee Riches d/b/a Ichiro

3

Suzuki moved to intervene. The debtors objected and the Court denied the motion. Copies of the motion, objection and order are attached as Exhibits G, H and I respectively.

### Notice

9.  Notice of the filing of this Objection has been provided to: (a) the Movants, (b) the debtors in bankruptcy represented by Jones Day LLP, (c) the Office of the United States Trustee for the District of Delaware, (d) the Internal Revenue Service, (e) the Securities and Exchange Commission, and (f) any persons and entities who have filed a request for notice in these cases pursuant to Local Rule of Bankruptcy Procedure for the District of Delaware 2002-1. A copy of the Objection has also been made available on the website of the OpCo Debtors' notice and claims agent, Kurtzman Carson Consultants LLC, at www.kccllc.net/tropicana. The OpCo Debtors submit that no further notice is required.

WHEREFORE, the OpCo Debtors respectfully request the entry of the Proposed Order, denying the Motion and granting such other and further relief as the Court deems just and proper.

Dated: April 7, 2015
       Wilmington, Delaware

Respectfully submitted,

RICHARDS, LAYTON & FINGER, P.A.

    /s/ Zachary I Shapiro
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Zachary I. Shapiro (No. 5103)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

DENTONS US LLP
Peter D. Wolfson (*admitted pro hac vice*)
Oscar N. Pinkas (*admitted pro hac vice*)
Carter White (*admitted pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800

*Co-Counsel for the OpCo Debtors*