# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Tropicana Entertainment, LLC | ) | Case No. 08-10856 (KJC) |
|  | ) |  |
|  | ) |  |
|  | ) |  |

## QUARTERLY OPERATING REPORT
### FOR THE PERIOD JANUARY 1, 2020 THROUGH MARCH 31, 2020

DEBTOR'S ADDRESS:

Tropicana Entertainment LLC
2381 Boardwalk
Atlantic City, NJ 08401

DEBTOR'S ATTORNEYS:

Peter D. Wolfson (admitted *pro hac vice* )
Oscar N. Pinkas (admitted *pro hac vice* )
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800

Justin R. Alberto (No. 5126)
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telphone: (302) 652-3131
Facsimilie: (302) 652-3117

*Co-Counsel to the Debtor*

The undersigned, having reviewed the attached report and, being familiar with the Tropicana Entertainment, LLC's financial affairs, verifies under penalty of perjury, that the information contained therein is complete, accurate and truthful to the best of his knowledge.

_____
Franklin F. Palmer IV

DATE: April 27, 2020

# POST-CONFIRMATION QUARTERLY SUMMARY REPORT
## Notes

Debtor's Name:                      Tropicana Entertainment, LLC
Bankruptcy Case Number:         08-10856 (KJC)
Reporting Period:               JANUARY 1, 2020 THROUGH MARCH 31, 2020

### Notes to the Quarterly Operating Report

On November 4, 2009, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order [Docket No. 2549] (the "Confirmation Order") confirming the First Amended Plan of Reorganization of Tropicana Entertainment, LLC and Certain of Its Debtor Affiliates ("OpCo Debtors") under Chapter 11 of the Bankruptcy Code [Docket No. 2545] (as it may be amended or modified from time to time, the "OpCo Plan") as satisfying the requirements of the Bankruptcy Code and authorizing the OpCo Debtors to implement the OpCo Plan on the Effective Date. Among other things, the Confirmation Order supplemented the Findings of Facts, Conclusions of Law, and Order Confirming First Amended Joint Plan of Reorganization of Tropicana Entertainment, LLC and Certain of Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code entered on May 5, 2009 [Docket No. 2001] (the "Original Confirmation Order"), and approved certain immaterial modifications to a prior version of the OpCo Plan [Docket No. 1995], which had been confirmed pursuant to the Original Confirmation Order. On March 8, 2010, the Effective Date of the OpCo Plan occurred. On and after the Effective Date, the OpCo Debtors began the process of making distributions under the OpCo Plan. Capitalized terms used in this Quarterly Operating Report but not otherwise defined herein shall have the meanings set forth in the OpCo Plan. On September 15, 2017, the cases involving all OpCo Debtors, with the exception of Tropicana Entertainment, LLC, were dismissed per the Final Decree Order of the Court.

Please note that this Quarterly Operating Report is unaudited. The Debtor has prepared this Quarterly Operating Report using the best information presently available. This Quarterly Operating Report is, thus, true and accurate to the best of the Debtor's knowledge, information, and belief based on currently available data.

This Quarterly Operating Report has been prepared solely to comply with Rule 2015 of the Federal Rules of Bankruptcy Procedure and the Operating Guidelines and Reporting Requirements for Debtors in Possession and Trustees promulgated by the Office of the United States Trustee (the "U.S. Trustee"), and the financial information contained herein should be relied upon for no other purpose. Specifically, the Debtor cautions investors and potential investors not to place undue reliance upon the information contained in this report, as it was not prepared for the purpose of providing the basis for an investment decision relating to the Debtor.

### General Notes to Quarterly Operating Report:

1 The Debtor's cash receipts or income and cash disbursements are tracked on a quarterly basis; therefore, the time period covered by this Quarterly Operating Report reflects the actual calendar quarter.

2 The balance sheet reflects assets, liabilities, and equity that directly correspond to the Debtor entity.

3 Pursuant to the OpCo Plan, on the Effective Date, a series of restructuring transactions were consummated. The more significant items included:

a) the termination of $1.3 billion of indebtedness under the OpCo Credit Facility (as defined in the OpCo Plan);

b) the cancellation of senior subordinated notes in the amount of $960 million;

c) the cancellation of approximately $165.5 million of other pre-petition indebtedness;

d) payment in full of the DIP Credit Facility (as defined in the OpCo Plan) in the amount of $65.2 million and related interest (funded by Tropicana Entertainment Inc.);

e) reinstatement, payment in full, or satisfaction in full of certain Allowed Claims (as defined in the OpCo Plan) of approximately $21.5 million; and

f) Tropicana Entertainment Inc. entering into a credit facility consisting of (i) a $130 million senior secured term loan credit facility issued at a discount of 7% and (ii) a $20 million senior secured revolving credit facility. Please note that approximately $83.5 million of such funds were used in payment of certain items listed above on behalf of Tropicana Entertainment, LLC.

4 Note that the Cash Sources / Uses Summary reflects the activity of the Debtor entity and does not include any activity of non-debtor entities (i.e., Tropicana Entertainment Inc., or parent company). Further note that the Cash Sources / Uses Summary does not reflect any intercompany activity (i.e., due to/from affiliates & insiders) between non-debtor entities and the Debtor entity.

5 This report reflects more accurately the status of the Debtor, namely that they have had no assets post-effective date of the OpCo Plan. The Debtor will confer with the US Trustee regarding the affect thereof as well as the consummation of the OpCo Plan.

# POST-CONFIRMATION QUARTERLY SUMMARY REPORT

## Cash Sources / Uses Summary

Debtor's Name: Tropicana Entertainment, LLC
Bankruptcy Case Number: 08-10856 (KJC)
Reporting Period: JANUARY 1, 2020 THROUGH MARCH 31, 2020

This report is to be submitted for all bank accounts that are presently maintained by the Debtor.

| | | | |
|---|---|---|---|
| Debtor's Name: | Tropicana Entertainment, LLC | Bank: | See Bank Balances Attachment |
| Bankruptcy Case Number: | 08-10856 (KJC) | Account Number: | See Bank Balances Attachment |
| Date of Confirmation: | May 5, 2009 | Account Type: | See Bank Balances Attachment |
| OpCo Plan Effective Date: | March 8, 2010 | | |
| Reporting Period: | JANUARY 1, 2020 THROUGH MARCH 31, 2020 | | |

Beginning Cash Balance (cumulative ending balance from prior QOR) :      $    -

All receipts received by the debtor:

| | | | |
|---|---|---|---|
| | Cash Sales: | $ - | |
| | Collection of Accounts Receivable: | $ - | |
| | Proceeds from Litigation (settlement or otherwise): | $ - | |
| | Sale of OpCo Debtor's Assets: | $ - | |
| | Capital Infusion pursuant to the OpCo Plan: | $ - | |
| | Total of cash received: | | $ - |

Total of cash available:      $    -

Less all disbursements or payments (including payments made under the OpCo Plan) made by or on behalf of the Debtor:

| | | | |
|---|---|---|---|
| | Disbursements made under the OpCo Plan, excluding the administrative claims of bankruptcy professionals: | $ - | |
| | Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ - | |
| | All other disbursements made in the ordinary course: | $ 49,815 | |
| | Total Disbursements: | | $ 49,815 |

Ending Cash Balance[1]:      N/A

[1]Note that the Cash Sources / Uses Summary reflects the activity of the Debtor entity and does not include any activity of non-debtor entities (i.e., Tropicana Entertainment Inc., or parent company). Further note that the Cash Sources / Uses Summary does not reflect any intercompany activity (i.e., due to/from affiliates & insiders) between any non-debtor entity and the Debtor entity.

## Combined Balance Sheet

Debtor's Name: Tropicana Entertainment, LLC
Bankruptcy Case Number: 08-10856 (KJC)
Reporting Period: JANUARY 1, 2020 THROUGH MARCH 31, 2020

|  |  | MARCH 31, 2020 |
|---|---|---|
| **Assets** | | |
| Cash (Unrestricted) | $ | - |
| Cash (Restricted) | | - |
| Accounts Receivable (Net) | | - |
| Inventory | | - |
| Notes Receivable | | - |
| Prepaid Expenses | | - |
| Other | | - |
| Total Current Assets | | - |
| **Property, Plant & Equipment** | | |
| Real Property, Buildings, Boats & Improvements | | - |
| Machinery & Equipment | | - |
| Furniture, Fixtures & Office Equipment | | - |
| Vehicles | | - |
| Leasehold Improvements / CIP | | - |
| Less: Accumulated Depreciation/Depletion | | - |
| Total Property, Plant & Equipment | | - |
| Due from Affiliates & Insiders | | - |
| Other | | - |
| Total Assets | $ | - |
| **Liabilities Not Subject to Compromise (Post-petition Liabilities)** | | |
| Accounts Payable | $ | - |
| Taxes Payable | | - |
| Notes Payable | | - |
| Professional Fees | | - |
| Secured Debt | | - |
| Due to/from Affiliates & Insiders | | - |
| Other | | - |
| Total Post-petition Liabilities | | unknown |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** | | |
| Secured Debt - Per Plan | | - |
| Priority Debt - Per Plan | | - |
| Unsecured Debt - Per Plan | | - |
| Other (Attach List) - Per Plan | | - |
| Total Pre-petition Liabilities | | unknown |
| Total Liabilities | | unknown |
| **Equity** | | |
| Common Stock | | - |
| Retained Earnings (Deficit) | | - |
| Total Equity (Deficit) | | - |
| Total Liabilities & Owners' Equity | $ | - |

# POST-CONFIRMATION QUARTERLY SUMMARY REPORT
## Bank Balances[1]

Debtor's Name:      Tropicana Entertainment, LLC
Bankruptcy Case Number:      08-10856 (KJC)
Reporting Period:      JANUARY 1, 2020 THROUGH MARCH 31, 2020

| | | | MARCH 31, 2020 |
|---|---|---|---|
| **Tropicana Entertainment, LLC** FEIN `9263` | | | |
| Concentration | Bank of America | 1417 | $0.00 * |
| Operating | Bank of America | 1695 | $0.00 * |
| Health Plan Acct | Bank of America | 5690 | $0.00 * |
| Investment | BOA Securities | 0764 | $0.00 * |
| | | | $0.00 |
| Payroll | Bank of America | 7118 | $0.00 * |

| | |
|---|---|
| **Total Bank Balances** | **$0.00** |

*Account closed.

# POST-CONFIRMATION QUARTERLY SUMMARY REPORT
## Disbursements

Debtor's Name:
Bankruptcy Case Number:
Reporting Period:

Tropicana Entertainment, LLC
08-10856 (KJC)
JANUARY 1, 2020 THROUGH MARCH 31, 2020

| Schedule of Disbursements | | |
|---|---|---|
| | | **TIME PERIOD:** 01/01/20 - 03/31/20 |
| **Debtor** | **Case Number** | **Disbursements** |
| Tropicana Entertainment, LLC | 08-10856 (KJC) | $49,815 |
| **Total Disbursements** | | **$49,815** |