**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TROPICANA ENTERTAINMENT, LLC, | Case No. 08-10856 (MFW) |
| | Jointly Administered |
| Reorganized Debtor. | **Objection Deadline: May 29, 2025 at 4:00 p.m.** |
| | **Hearing Date: June 5, 2025 at 10:30 a.m.** |

**FOURTH MOTION OF THE TRUSTEE FOR AN ORDER
FURTHER EXTENDING THE LITIGATION TRUST IN
ACCORDANCE WITH THE OPCO PLAN, LANDCO PLAN AND
LITIGATION TRUST AGREEMENT AND GRANTING RELATED RELIEF**

Lightsway Litigation Services, LLC, the Trustee of the Litigation Trust (as defined below), through its undersigned counsel, hereby moves this Court (the "Motion") for entry of the proposed order attached hereto as Exhibit A further extending the Litigation Trust and the term of the Funding Agreement (defined below). In support of this Motion, the Trustee states as follows:

**Jurisdiction**

1. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory bases for the relief requested herein are Section 105(a) of Title II of the United States Code (the "Bankruptcy Code") and Rule 9006(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

**Background**

4. On May 5, 2009, the Court entered Orders confirming (Docket Nos. 2001 and 2002, the "Confirmation Orders") the *First Amended Joint Plan of Reorganization of Tropicana Entertainment, LLC and Certain of its Debtor Affiliates Under Chapter* 11 *of the Bankruptcy Code*

(as subsequently modified, the "OpCo Plan") and the *First Amended Joint Plan of Reorganization of Tropicana Las Vegas Holdings, LLC and Certain of its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* (the "LandCo Plan", together with the OpCo Plan, the "Plans").[1]

5. The LandCo Plan became effective on July 1, 2009, and the OpCo Plan became effective on March 8, 2010.

6. The Litigation Trust was created under the Plans to pursue insider causes of action (namely causes of action against the former owners of the debtors, William J. Yung, III and affiliated companies) in accordance with the terms of that certain Tropicana Litigation Trust Agreement (the "Litigation Trust Agreement") dated as of July 1, 2009 by and among the debtors and the Trustee. (OpCo Plan, Article IV.B.5; LandCo Plan Article IV.G). The Court has extended the term of the Litigation Trust several times, with the current expiration deadline set as July 1, 2025.

7. The Litigation Trust has not been fully administered. The Trustee's adversary proceeding encaptioned *Lightsway Litigation Services, LLC* v. *Yung, et al. (In re Tropicana Entertainment, LLC)*, Adv. Proc. No. 10-50289 (Bankr. D. De1.), seeking damages against entities affiliated with William J. Yung, III, remains pending. While this Court has fully adjudicated that matter, it is currently on appeal to the Third Circuit Court of Appeals and briefing is expected to be completed in June 2025.

8. By this Motion, the Trustee seeks to extend the duration of the Litigation Trust for an additional two (2) years to accommodate the possibility that the litigation (including appeals) might last beyond July 1, 2025.

9. In addition, the Trustee seeks related relief with respect to the Funding Agreement

---

[1] Capitalized terms not defined herein shall have the meanings set forth in the Plans.

that was previously before this Court in connection with the Trustee's Motion for an Order Approving Additional Funding (the "Funding Motion").  The term of the Funding Agreement currently expires on July 1, 2025 – this was set to match the duration of the Litigation Trust.  Accordingly, the Trustee seeks an Order authorizing the Trustee to enter into an amendment to the Funding Agreement that extends its term until July 1, 2025.

## Relief Requested

10.     By this Motion, the Trustee seeks the entry of the proposed order attached as Exhibit A extending the duration of the Litigation Trust for a period of an additional two (2) years, such that it would terminate in accordance with Section 3.1 thereof upon the earlier of full administration or July 1, 2027, subject to the entry of a further order of the Court further extending the termination date.  The Trustee also seeks this Court's approval and authority so that it may amend the Funding Agreement so that its term will expire on July 1, 2027, without prejudice to the Trustee's right to seek further extensions.

## Basis for Relief

11.     The Litigation Trust Agreement, as created pursuant to the Plans and approved by the Court in the Confirmation Orders, explicitly provides that extension is permitted upon the Trustee's receipt of an opinion of counsel that "extension would not adversely affect the status of the [Litigation Trust] as a grantor trust for federal income tax purposes," (Litigation Trust Agreement, § 3.1), and Court Order.  Thus, the Litigation Trust Agreement, Plans and the Confirmation Orders contemplate that the Court may extend the termination of the Litigation Trust.

12.     Even if the Litigation Trust Agreement, Plans and Confirmation Orders did not provide a mechanism for extending the termination of the Litigation Trust, the Court may order

such relief under Section 105(a) and/or Bankruptcy Rule 9006(b). Section 105(a) of the Bankruptcy Code provides that "[t]he court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of [the Bankruptcy Code]." It is beyond peradventure that the Court may enter an order under Section 105(a) to effectuate the intent of the Plans and Confirmation Orders, as well as Sections 1129 and 1142 of the Bankruptcy Code.

14. In addition, Bankruptcy Rule 9006(b) provides that this Court has the power to enlarge a period of time provided for by order of the Court even after that period has expired. The Trustee submits that the potential harm and complications that unsecured creditors face if the Litigation Trust is not extended constitutes cause pursuant to Bankruptcy Rule 9006(b). *(See* Docket Nos. 2514, 2686 and 2753) (Court Orders extending the deadline to consummate the OpCo Plan).

15. As noted above, the Funding Agreement was designed to last as long as the Litigation Trust. Therefore, should the Court approve an extension of the Trust as requested, it makes sense to extend the term of the Funding Agreement as well. This Court approved the Trustee's entry into the Funding Agreement in January 2017. [Docket No. 4131.] Accordingly, the Trustee seeks this Court's approval and authority to enter into an amendment that extends the term of the Funding Agreement to July 1, 2027.[2]

---

[2] The lender has agreed to this amendment.

## Notice

14. Notice of this Motion is being provided to: (a) the Office of the United States Trustee for the District of Delaware, (b) counsel for the parties to the pending litigation, (c) the Reorganized OpCo Debtors, (d) the Liquidating LandCo Debtors and (e) all persons entitled to receive notice under the CM/ECF system. In light of the nature of the relief requested, the Trustee submits that no further notice is required.

## Prior Requests

15. As noted above, this is the fourth request to extend the term of the Trust in this action. No other motions for the relief requested have been made to this or any other Court.

## Conclusion

WHEREFORE, for the reasons set forth herein, the Trustee respectfully requests that the Court: (a) enter the proposed order attached hereto as Exhibit A extending the duration of the Litigation Trust for a period of two (2) years, such that it would terminate in accordance with Section 3.1 thereof upon the earlier of full administration or July 1, 2027, subject to the entry of an order of the Court further extending the termination, and (b) grant such other and further relief to the Trustee as the Court deems just and proper.

Dated: May 15, 2025

**CROSS & SIMON, LLC**

*/s/ Kevin S. Mann*
Kevin S. Mann (No. 4576)
1105 North Market Street, Suite 901
Wilmington, DE 19801
(302) 777-4200
kmann@crosslaw.com

- and -

**LAW OFFICES OF HERBERT BEIGEL**
Herbert Beigel, Esq.
1130 E.Calle de la Cabra
Tucson, AZ 85718
(520) 869-5036
hbeigel@me.com

*Attorneys for Lightsway Litigation Services*